227 U. S.    Decisions on Petitions for Writs of Certiorari.

No. 956. MARY A. VELATI, PETITIONER, v. WILLIAM J. DANTE, TRUSTEE. March 3, 1913. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Wilton J. Lambert* for the petitioner. *Mr. Edwin C. Brandenburg, Mr. Clarence A. Brandenburg* and *Mr. F. Walter Brandenburg* for the respondent.

No. 961. JOSEPHINE P. McGOWAN, EXECUTRIX, ETC., ET AL., PETITIONERS, v. EMILY E. PARISH, EXECUTRIX, ETC. March 3, 1913. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Nathaniel Wilson* and *Mr. J. J. Darlington* for the petitioners. *Mr. Holmes Conrad* and *Mr. Leigh Robinson* for the respondent.

No. 968. J. A. FOLGER, PETITIONER, v. KATE C. PUTNAM, ADMINISTRATRIX, ETC. March 3, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Walter D. Mansfield* for the petitioner. *Mr. Edward M. Cleary* for the respondent.

No. 977. ISAAC B. WALKER, PETITIONER, v. THE UNITED STATES. March 3, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hannis Taylor, Mr. Francis M. Etheridge* and *Mr. Joseph M. McCormick* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.